■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE BELL, Appellant. [930 NYS2d 170]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Carni, Green and Gorski, JJ.